## Loper v. Gensler, Appellant.

Argued April 30, 1930. Before TREXLER, P. J., KELLER, LINN, GAWTHROP, CUNNINGHAM, BALDRIGE and GRAFF, JJ.

46

*Horace J. Miller,* for appellant.

*Albert C. Hirsch,* and with him *Watson & Freeman,* for appellee.

PER CURIAM, May 2, 1930:

The judgment is affirmed on the opinion of the court below.